**Grover HOLLINGER,**
**Movant–Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 40092.**

Missouri Court of Appeals,
Western District.

Aug. 2, 1988.

Melinda K. Pendergraph, Columbia, for movant-appellant.

William L. Webster, Atty. Gen., L. Timothy Wilson, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from the denial of post-conviction relief sought pursuant to Rule 27.-26.

Judgment affirmed. Rule 84.16(b).

**Kedar MUHAMMAD a/k/a William**
**Brown, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 39452.**

Missouri Court of Appeals,
Western District.

Aug. 2, 1988.

Kedar Muhammad a/k/a William Brown, pro se.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from denial, after evidentiary hearing, of Rule 27.26 motion for post-conviction relief.

Judgment affirmed. Rule 84.16.